# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Case No. --

| | |
|---|---|
| **ANDREW WARREN** <br> 164 west 141st, Apt 5E <br> New York, NY 10030 <br><br> **Plaintiff,** <br><br> v. <br><br> **THE CENTRAL INTELLIGENCE AGENCY** <br> Office of Public Affairs <br> Washington, D.C. 20505 <br><br> **and LEON E. PANETTA,** <br> 232 Madison Street <br> Monterey, California <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

Plaintiff Andrew Warren ("Mr. Warren" or "Plaintiff"), by and through his undersigned counsel, hereby files this action against Defendants The Central Intelligence Agency ("Agency") and Leon E. Panetta ("Director Panetta") (collectively, "Defendants"). In furtherance of the same, Plaintiff respectfully alleges as follows:

## INTRODUCTION

1. This case involves several breaches by Defendants against Mr. Warren. Specifically, this matter involves Defendants' mistreatment of a senior ranking agent suffering from Post-Traumatic Stress Disorder ("PTSD"). In addition, Mr. Warren's claims arise from Defendants' unauthorized disclosure of Mr. Warren's identity to the public, causing Mr. Warren to receive numerous threats of physical injury.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this matter pursuant to Title 28 U.S.C. § 1331, and 5 U.S.C. §552a.