UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW WARREN, )
)
Plaintiff, )
)
)
v. ) Civil Case No. 15-1473 (RJL)
THE CENTRAL INTELLIGENCE )
AGENCY, *et al.*, )
)
Defendants. )

**ORDER**
(September 29, 2016) [Dkts. #21 & #22]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that defendants' Motions to Dismiss are both **GRANTED**; and it is further

**ORDERED** that the Complaint be **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the above-captioned case be terminated.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge